IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CAROL NELSON and STEVE NELSON,
personally and on behalf of LINDSEY NELSON,
a minor child,

    Plaintiffs,

vs.                                             Civ. No. 13-569 KG/WPL

BERNALILLO COUNTY, ALBUQUERQUE
BERNALILLO COUNTY WATER UTILITY AUTHORITY,
TLC PLUMBING, INC., ADVANTAGE BARRICADE AND
ROADMARKS, LLC and ANTONIO VARGAS, in his
individual capacity,

    Defendants.

## ORDER DISMISSING COUNTS I, II, AND III
## OF THE SECOND AMENDED COMPLAINT

Having granted the County Defendants' Motion to Dismiss Counts I through III of Plaintiffs' Second Amended Complaint and for Qualified Immunity and Memorandum in Support Thereof (Doc. 64),

IT IS ORDERED that Counts I, II, and III of the Second Amended Complaint (Doc. 59) are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE