IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CAROL NELSON and STEVE NELSON,
personally and on behalf of LINDSEY NELSON,
a minor child,

      Plaintiffs,

vs.                                                              Civ. No. 13-569 KG/WPL

BERNALILLO COUNTY, ALBUQUERQUE
BERNALILLO COUNTY WATER UTILITY AUTHORITY,
TLC PLUMBING, INC., ADVANTAGE BARRICADE AND
ROADMARKS, LLC and ANTONIO VARGAS, in his
individual capacity,

      Defendants.

## ORDER OF REMAND

Having determined to decline to exercise supplemental jurisdiction over the remaining state claims alleged in Counts IV, V, and VI of the Second Amended Complaint (Doc. 59), the Court remands this lawsuit to the Second Judicial District Court, County of Bernalillo, State of New Mexico.

      IT IS SO ORDERED.

                                                                                                   UNITED STATES DISTRICT JUDGE